FILED

AUG 0 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MELLISSA WOODS,<br><br>　　　　Defendant | Case No.: CR 06 00134 DLJ<br>　　　　　CR 06 00450 DLJ<br><br>[~~PROPOSED~~] ORDER REQUIRING DENTAL ASSESSMENT BY AUGUST 18, 2006, AT NOON |

　　Based upon oral representations of defense counsel in Court on July 20, 2006, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States Marshal Service ensure that defendant Mellissa Woods, who is currently being housed at Santa Rita Jail, whose date of birth is 1/26/81, and whose PFN number is UJS839, be seen and evaluated by a dentist for a cracked tooth, as needed, by no later than Friday, August 18, 2006, at 12:00 p.m. Defense counsel represents that, despite multiple requests by Ms. Woods to be seen by a dentist during the months in which she has been incarcerated in Santa Rita, she has not received an evaluation or treatment. It is further

ordered that the United States Marshal Service ensure that confirmation of this be sent to the Honorable Judge D. Lowell Jensen no later than Friday, August 18, 2006, at 12:00 p.m.

Dated: 8-2-06

HON. D. LOWELL JENSEN
US DISTRICT JUDGE